UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 6:15-cv-00632-JRG-JDL

Name of party requesting extension: Plaintiffs Chrimar Systems, Inc. D/B/A CMS Technologies and Chrimar Holding Company, Inc. on behalf of Defendant Levition Manufacturing Company

Is this the first application for extension of time in this case?
- [ ] Yes
- [X] No

If no, please indicate which application this represents:
- [X] Second
- [ ] Third
- [ ] Other _____

Date of Service of Summons: 7/10/2015

Number of days requested:
- [ ] 30 days
- [X] 15 days
- [ ] Other ____ days

New Deadline Date: 9/15/2015   *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: Richard L. Wynne, Jr.
State Bar No.: TX 24003214
Firm Name: Thompson & Knight, LLP
Address: One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Phone: 214-969-1700
Fax: 214-969-1751
Email: richard.wynne@tklaw.com

A certificate of conference does not need to be filed with this unopposed application.